United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALTER CHUNN,                                   No. C 15-5037 MEJ  (PR)
                    Plaintiff,
                                                **ORDER OF TRANSFER**
        v.

SOLANO COUNTY JAIL, et al.,
                    Defendants.
_____/

        Plaintiff has filed a <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983.  While he
alleges various unrelated claims, his main group of claims arises from events occurring in
Solano County.  Solano County is located within the venue of the Eastern District of
California.  <u>See</u> 28 U.S.C. § 84(b).  No defendant is alleged to reside in the Northern District.
Venue therefore is proper in the Eastern District, and not in this one.  <u>See</u> 28 U.S.C.
§ 1391(b).

        Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action
is TRANSFERRED to the United States District Court for the Eastern District of California.
The Clerk of the Court is directed to transfer the case forthwith.  In view of the transfer, the
Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

        IT IS SO ORDERED.

DATED:  ___January 14, 2016___         _____
                                        Maria-Elena James
                                        United States Magistrate Judge