UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER CHUNN,

   Plaintiff,

   v.

SOLICITOR GENERAL, et al.,

   Defendants.

No. 2:16-cv-100-EFB P

ORDER

Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983.[1] He has submitted an affidavit requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1). He has not, however, submitted a certified trust account statement.

Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period *immediately preceding the filing of the complaint* . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2) (emphasis added).

---

[1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4).

1

1    Accordingly, plaintiff has 30 days from the date this order is served to submit the required
2 trust account statement.  Failure to comply with this order will result in this action being
3 dismissed.  The Clerk of the court is directed to send to plaintiff a new form Application to
4 Proceed In Forma Pauperis by a Prisoner.
5    So ordered.
6 Dated: January 26, 2016.

       EDMUND F. BRENNAN
       UNITED STATES MAGISTRATE JUDGE